1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Abraham Salter

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ABRAHAM SALTER,              ) Case No.: 2:14-cv-09753-FFM
                                )
12        Plaintiff,             ) {PROPOSED} ORDER AWARDING
                                ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                        ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting   )
   Commissioner of Social Security, )
15                              )
         Defendant              )
16 _____)

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $3,200.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE: March 24, 2016

                                /S/FREDERICK F. MUMM
23                              FREDERICK F. MUMM
                                United States Magistrate Judge
24

25

26

-1-